IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PT DIAGNOSTICS, LLC**<br><br>    Plaintiff,<br>            v.<br><br>(1)  **Honeywell International Inc.**<br>(2)  **Sagem Avionics, Inc.**<br>(3)  **Sagem Defense Securite**<br>(4)  **Safran**<br>(5)  **SimAuthor Inc.**<br>(6)  **Airbus S.A.S.**<br>(7)  **Airbus Americas, Inc.**<br>(8)  **QinetiQ North America, Inc.**<br><br>    Defendants. | Civil Action No. **2:10-cv-00493**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE IN DESIGNATED LEAD COUNSEL

Plaintiff PT Diagnostics, LLC hereby designates Mark L. Hogge of SNR Denton US LLP as its lead counsel in this matter for the purpose of receiving notices and orders from the Court.

Dated:  November 22, 2010

Respectfully submitted,

**SNR DENTON US LLP**

By: */s/Mark L. Hogge*
    Mark L. Hogge
    Virginia 23946
    mark.hogge@snrdenton.com
    Shailendra Maheshwari
    District of Columbia 484966
    shailendra.maheshwari@snrdenton.com
    Christopher L. Harlow
    (To be admitted *pro hac vice*)
    christopher.harlow@snrdenton.com
    1301 K Street, N.W.
    Suite 600, East Tower
    Washington, DC 20005-3364, USA
    T +1 202 408 6400
    F +1 202 408 6399

- 2 -

        Matthew D. Orwig
        State Bar No. 15325300
        matthew.orwig@snrdenton.com
        Basheer Y. Ghorayeb
        State Bar No. 24027392
        basheer.ghorayeb@snrdenton.com
        2000 McKinney Avenue
        Suite 1900
        Dallas, TX 75201-1858, USA
        T: (214) 259-0900
        F: (214) 259-0910

**ATTORNEYS FOR PLAINTIFF**
*PT DIAGNOSTICS, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Local Rule CV-5(a)(3).

          /s/Mark L. Hogge