UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:10-cv-493

Name of party requesting extension: Honeywell International Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/18/2010

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 1/10/2011   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: J. Thad Heartfield

State Bar No.: 09346800

Firm Name: The Heartfield Law Firm

Address: 2195 Dowlen Road
Beaumont, Texas 77706

Phone: 409-866-3318

Fax: 409-866-5789

Email: thad@jth-law.com

---

A certificate of conference does not need to be filed with this unopposed application.