**Appendix K**                                                                  Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: **Case #2:10-cv-00493-TJW -CE**

Style: **PT Diagnostics, LLC v. Honeywell International Inc et al**

2. Applicant is representing the following party/ies: **Sagem Avionics, Inc.**

3. Applicant was admitted to practice in **Delaware** (state) on **November 21, 1976** (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ~~has~~/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ~~has~~/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ~~has~~/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: **United States Supreme Court; U.S. Federal Circuit Court of Appeals; U.S. Third Circuit Court of Appeals; U.S. District Court for District of Delaware; Supreme Court of the State of Delaware**.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

    I, **George Pazuniak**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: December 7, 2010          Signature *George Pazuniak*

*Receipt 6-960*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): **George Pazuniak**
State Bar Number: **Delaware 00478**
Firm Name: **RatnerPrestia**
Address/P.O. Box: **1007 Orange Street, Suite 1100, P.O. Box 1596**
City/State/Zip: **Wilmington, DE 19801**
Telephone #: **1-302-778-3471**
Fax #: **1-302-778-2600**
E-mail Address: **gpazuniak@ratnerprestia.com**
Secondary E-Mail Address: **jmaraj@ratnerprestia.com**

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __**12/9/10**__

_David Maland_
David J. Maland, Clerk, U.S.
District Court, Eastern District of Texas

By _____
Deputy Clerk