**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PT DIAGNOSTICS, LLC<br><br>    Plaintiff,<br><br>        v.<br><br>HONEYWELL INTERNATIONAL INC.;<br>SAGEM AVIONICS, INC.;<br>SAGEM DEFENSE SECURITE; SAFRAN;<br>SIMAUTHOR INC.; AIRBUS, S.A.S.;<br>AIRBUS AMERICAS, INC.; AND<br>QINETIQ NORTH AMERICA, INC.<br><br>    Defendants. | Civil Action No. 2:10-cv-493-TJW<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE AS TO AIRBUS AMERICAS, INC.

Before the Court is Plaintiff's Notice of Dismissal as to Airbus Americas, Inc.

Accordingly, the Court ORDERS that all claims and causes of action set forth in Plaintiff's

Complaint against Defendant Airbus Americas, Inc. are dismissed without prejudice.

SIGNED this 13th day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE