UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:10-CV-493-TJW-CE

Name of party requesting extension: Flight Data Services, Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 02/14/2011

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 04/06/2011  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Steve Edwards
State Bar No.: 00784008
Firm Name: ALBRITTON LAW FIRM
Address: P.O. Box 2649
Longview, Texas 75606

Phone: (903)757-8449
Fax: (903)758-7397
Email: see@emafirm.com

A certificate of conference does not need to be filed with this unopposed application.