### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

| | | |
|---|---|---|
| PT DIAGNOSTICS, LLC | § | |
| | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 2:10-CV-493-TJW-CE |
| | § | |
| v. | § | |
| | § | |
| HONEYWELL INTERNAIONAL INC., | § | JURY TRIAL DEMANDED |
| *et al.*, | § | |
| | § | |
| *Defendants*. | | |

### DEFENDANT FLIGHT DATA SERVICE, INC.'S
### NOTICE OF APPEARANCE FOR ERIC M. ALBRITTON

Flight Data Services, Inc., defendant in the above-captioned civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

> Eric M. Albritton
> Texas Bar No. 00790215
> ema@emafirm.com
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> Telephone: (903) 757-8449
> Facsimile: (903) 758-7397

Respectfully submitted,

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas Bar No. 00784008
see@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Flight Data Services, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 1st day of March 2011.

Eric M. Albritton