UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:10-cv-493

Name of party requesting extension: Optimized Systems and Solutions Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2/14/2011

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 4/06/2011   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: J. Wesley Hill
State Bar No.: 24032294
Firm Name: Ward & Smith Law Firm
Address: 111 W. Tyler Street
Longview, Texas 75601

Phone: (903) 757-6400
Fax: (903) 757-2323
Email: wh@wsfirm.com

A certificate of conference does not need to be filed with this unopposed application.