**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PT DIAGNOSTICS, LLC,** § § | |
| **Plaintiff** § § | **CIVIL ACTION NO. 2:10 CV 493** |
| v. § § | |
| **HONEYWELL INTERNATIONAL INC.,** § **ROCKWELL COLLINS, INC., ET AL** § § | |
| **Defendants** § | |

## NOTICE OF APPEARANCE OF GUY N. HARRISON

COMES NOW, Defendant ROCKWELL COLLINS, INC.. and hereby notifies the Court and all parties of record that Guy N. Harrison, State Bar Number 00000077, of the Harrison Law Firm, 217 N. Center Street, Longview, Texas 75606, (903) 758-7361, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Guy N. Harrison
Guy N. Harrison
State Bar No. 00000077

Harrison Law Firm
217 N. Center Street
Longview, Texas 75606
PH: (903) 758-7361
Fax: (903) 753-9557
guy@gnhlaw.com and
cj-gnharrison@att.net

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Guy N. Harrison
Guy N. Harrison