UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party you are representing:

Is this the first application for extension of time in this case?        Yes

                                                                                                                                                     No

       If no, please indicate which application this represents:        Second

                                                                                                                                            Third

                                                                                                                                            Other _____

Date of Service of Summons:

Number of days requested:        30 days

                                                          15 days

                                                          Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>        *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

      Full Name:

      State Bar No.:

      Firm Name:

      Address:


      Phone:

      Fax:

      Email:

A certificate of conference does not need to be filed with this unopposed application.