IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PT DIAGNOSTICS, LLC § | |
| § | |
| v. § | C.A. NO. 2:10-cv-493-DF-CE |
| § | |
| HONEYWELL INTERNATIONAL INC., § | |
| ET AL § | |

## ORDER

The Court has considered the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Amended Complaint filed by Defendant, Honeywell International Inc., and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendant Honeywell International Inc.'s time to answer or otherwise respond to Plaintiff's Amended Complaint is extended to **April 18, 2011**.

SIGNED this 5th day of April, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE