**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PT DIAGNOSTICS, L.L.C.,**<br>**Plaintiff,**<br>                v.<br>**(1) HONEYWELL INTERNATIONAL, INC.**<br>**(2) SAGEM AVIONICS, INC.**<br>**(3) SAGEM DEFENSE SECURITE**<br>**(4) SAFRAN, S.A.**<br>**(5) SIMAUTHOR, INC.**<br>**(6) AIRBUS S.A.S.**<br>**(7) QINETIQ NORTH AMERICA, INC.**<br>**(8) ARINC, INC.**<br>**(9) FLIGHT DATA SERVICES, INC.**<br>**(10) GULFSTREAM AEROSPACE CORP.**<br>**(11) IMPACT TECHNOLOGIES CORP.**<br>**(12) OPTIMIZED SYSTEMS AND SOLUTIONS, INC.**<br>**(13) ROCKWELL COLLINS, INC.**<br>**(14) SPECTRO, INC.,**<br>**Defendants.** | **CASE NO. 2:10-CV-00493-DF-CE** |

**DEFENDANT OPTIMIZED SYSTEMS AND SOLUTIONS, INC.'S
DISCLOSURE OF CORPORATE INTERESTS**

Optimized Systems and Solutions Inc., by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Certificate of Interest and states as follows:

1. Optimized Systems and Solutions, Inc. is a wholly-owned subsidiary of Rolls-Royce, plc, a foreign corporation. These companies are wholly owned by Rolls-Royce Group plc, a foreign corporation.

2. No publicly held company or investment fund directly holds a 10% or more ownership interest in Rolls-Royce plc or Optimized Systems and Solutions, Inc. However, Rolls-Royce Group plc is publicly traded on the FTSE in the United Kingdom.

    Respectfully submitted ,

    /s/ Thomas J. Costakis ( w/perm. Wesley Hill)
    Thomas J. Costakis – Lead Attorney
    tcostakis@kdlegal.com
    Marc T. Quigley
    mquigley@kdlegal.com
    Jason A. Houdek
    jhoudek@ kdlegal.com
    KRIEG DEVAULT LLP
    One Indiana Square, Suite 2800
    Indianapolis, Indiana  46204-2079
    Telephone:     (317) 636-4341
    Facsimile      (317) 636-1507

    J. Wesley Hill,
    Tex. Bar No. 24032294
    (wh@wsfirm.com)
    WARD & SMITH LAW FIRM
    111 West Tyler Street
    Longview, Texas 75601
    Telephone: (903) 757-6400
    Facsimile: (903) 757-2323

    *Attorneys for Defendant Optimized Systems and Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document has been filed electronically on <u>April 6, 2011</u>, and, therefore, service is complete on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Wesley Hill
*Attorney for Defendant Optimized Systems and Solutions, Inc.*

KD_3328882_1.DOCX